In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO.  09-15-00045-CR
_____

### JOHNNIE LEWIS O'NEAL JR., Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 9th District Court
Montgomery County, Texas
Trial Cause No. 09-11-11478 CR**

### MEMORANDUM OPINION

Johnnie Lewis O'Neal Jr. has filed a motion to dismiss his appeal. *See* Tex. R. App. P. 42.2. A request to dismiss the appeal is signed by the appellant personally and joined by counsel of record. No opinion has issued in this appeal. The motion is granted, and the appeal is therefore dismissed.

APPEAL DISMISSED.

_____
LEANNE JOHNSON
Justice

1

Submitted on October 13, 2015
Opinion Delivered October 14, 2015
Do Not Publish

Before McKeithen, C.J., Kreger and Johnson, JJ.